IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TERESA HAMM,

    Plaintiff,

v.                                                          No. 05-2156-BP

A & D HEALTHCARE, LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it appearing to the Court, upon consent of the parties as evidenced by the signatures of their attorneys hereinbelow, that Plaintiff Teresa Hamm and Defendant A & D Healthcare, LLC, have settled this case and that by the parties' agreement Plaintiff Hamm's claims as set forth in her complaint should be dismissed with prejudice and each party should bear her or its own costs and fees.

IT IS, THEREFORE, ORDERED that Plaintiff Hamm's claims as set forth in the complaint are dismissed in their entirety with prejudice and further that each party shall bear her or its own costs and fees.

U.S. DISTRICT COURT JUDGE

DATE: May 4, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-5-05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02156 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

David M. Rudolph
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable J. Breen
US DISTRICT COURT